PACHULSKI, STANG, ZIEHL, YOUNG,
    JONES & WEINTRAUB P.C.
780 Third Avenue, 36th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
William P. Weintraub (SDNY WW2897)

Counsel for the debtor and debtor in possession

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>G+G RETAIL, INC.<br><br>              Debtor. | Chapter 11<br><br>Case No. 06-10152 (RDD) |

## SUBMISSION OF QUALIFIED BIDS

**PLEASE TAKE NOTICE** that G+G Retail, Inc., the above-captioned debtor and debtor in possession herein (the "Debtor"), has received bids from the following persons or entities that it considers to be a Qualified Bid from a Qualified Bidder in accordance with the Amended Bidding Procedures approved by the Court pursuant to its order dated January 30, 2006:

    1.    Max Rave LLC, a Delaware limited liability company.

**PLEASE FURTHER NOTICE** that the Debtor has received a bid from the following person or entity which is provisionally qualified:

    1.    Joint Venture comprised of Gordon Brothers Retail Partners, LLC, a Delaware limited liability corporation and DJM Asset Management, LLC, a Delaware limited liability corporation.

Dated: February 13, 2006

                PACHULSKI, STANG, ZIEHL, YOUNG,
                   JONES & WEINTRAUB P.C.


/s/ William P. Weintraub
William P. Weintraub (SDNY WW2897)
780 Third Avenue, 36th Floor
New York, New York 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Counsel for the debtor and debtor in possession

9779.1