# EXHIBIT 2

G+G Retail, Inc. DIP
Landlord Claims and Debtor's Adjustments to Claims

| No. | Store # | Claim # | Center | Adjustments Proposed by Debtor ||||||||
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Adj. to Lease Rejection Claim | Adj. Pre-Petition Rent Claim | Adj. Pre-Petition CAM | Adj. to Pre Petiton Real Estate Tax Charges | Adj. To Pre Petition Other Charges | Adj. Interest on Pre-petition Claim | Adjust Post Petition Rent & CAM & Other | Adj. Post Petition Interest Claim | Adj. Attorney Fees |
| 1 | 517 | 368 | Holyoke Mall | - | - | | | | | - | - | - |
| 2 | 517 | 1300 | Holyoke Mall | (91,595.60) | - | | | | | - | - | - |
| 3 | 79 | 37 | Crossgates Mall | - | | - | | | - | - | - | - |
| 4 | 79 | 1299 | Crossgates Mall | (113,670.94) | | - | | | - | - | - | - |
| 5 | 503 | 369 | Walden Galleria | - | - | | | | - | - | - | - |
| 6 | 503 | 1298 | Walden Galleria | - | | | | | - | - | . | - |
| 7 | 552 | 1313 | Dolphin Mall | (97,254.64) | - | (570.45) | (281.27) | (10,093.43) | - | - | - | - |
| 8 | 552 | 1302 | Dolphin Mall | | | | | | | - | - | - |
| 9 | 552 | 744 | Dolphin Mall | | | | | | | | | |
| 10 | 508 | 1241 | Central Plaza | (65,727.88) | - | (127.14) | (33.87) | 1,051.73 | - | - | - | - |
| 11 | 556 | 1327 | Roosevelt Mall | (75,708.52) | - | - | - | - | - | - | - | - |