# EXHIBIT 1

**G+G Retail, Inc. DIP**
**Landlord Claims and Debtor's Adjustments to Claims**

| No. | Store # | Claim # | Center | City | ST | Landlord/Property Manager | Exp. Date Per G+G Schedules | Closing Date Per G+G Schedules | Closing Date Per Landlord |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 517 | 368 | Holyoke Mall | Holyoke | MA | Holyoke Mall Company, LP | 1/31/2011 | N/A | 8/31/2006 |
| 2 | 517 | 1300 | Holyoke Mall | Holyoke | MA | Holyoke Mall Company, LP | 1/31/2011 | N/A | 8/31/2006 |
| 3 | 79 | 37 | Crossgates Mall | Albany | NY | Crossgates Mall Company, LP | 1/31/2011 | N/A | 8/31/2006 |
| 4 | 79 | 1299 | Crossgates Mall | Albany | NY | Crossgates Mall Company, LP | 1/31/2011 | N/A | 8/31/2006 |
| 5 | 503 | 369 | Walden Galleria | Buffalo | NY | Pyramid Walden Company, LP | 1/31/2011 | N/A | 8/31/2006 |
| 6 | 503 | 1298 | Walden Galleria | Buffalo | NY | Pyramid Walden Company, LP | 1/31/2011 | N/A | 8/31/2006 |
| 7 | 552 | 1313 | Dolphin Mall | Miami | FL | Dolphin Mall Associates Limited P | 1/31/2011 | N/A | 9/7/2006 |
| 8 | 552 | 1302 | Dolphin Mall | Miami | FL | Dolphin Mall Associates Limited P | 1/31/2011 | N/A | 9/7/2006 |
| 9 | 552 | 744 | Dolphin Mall | Miami | FL | Dolphin Mall Associates Limited P | 1/31/2011 | N/A | 9/7/2006 |
| 10 | 508 | 1241 | Central Plaza | Yonkers | NY | Central Plaza Associates | 1/31/2010 | N/A | 8/31/2006 |
| 11 | 556 | 1327 | Roosevelt Mall | Philadelphia | PA | New Plan Excel Realty Trust | 1/31/2012 | N/A | 8/31/2006 |

06-10152-rdd    Doc 1202-2    Filed 05/15/07    Entered 05/15/07 17:23:39    Exhibit 1
Pg 3 of 3

**G+G Retail, Inc. DIP**
**Landlord Claims and Debtor's Adjustments to Claims**

| No. | Store # | Claim # | Center | Lease Rejection Damage Claim | Per Proof of Claim ||||||| Post Petition Rent-CAM-Other Charges | Interest on Post Petition Amt | Attorney Fees | Total Admin Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Pre Petition Rent Claim Amt. | Pre Petition CAM Amt. | Pre Petiton Real Estate Tax Allocation | Pre Petition Other Charges | Interest on Pre-petition Claim | Total Unsecured Claim | | | | |
| 1 | 517 | 368 | Holyoke Mall | 122,211.72 | | | | | - | 122,211.72 | | | - | - |
| 2 | 517 | 1300 | Holyoke Mall | 122,211.72 | | | | | - | 122,211.72 | | | - | - |
| 3 | 79 | 37 | Crossgates Mall | 149,370.54 | - | - | | | - | 149,370.54 | | | - | - |
| 4 | 79 | 1299 | Crossgates Mall | 149,370.54 | - | - | | | - | 149,370.54 | | | - | - |
| 5 | 503 | 369 | Walden Galleria | 47,429.14 | - | - | - | - | - | 47,429.14 | | | - | - |
| 6 | 503 | 1298 | Walden Galleria | 47,429.14 | - | - | - | - | - | 47,429.14 | | | - | - |
| 7 | 552 | 1313 | Dolphin Mall | 139,281.12 | 4,516.13 | 2,174.65 | 1,649.94 | 11,101.38 | - | 158,723.22 | - | - | - | - |
| 8 | 552 | 1302 | Dolphin Mall | 139,281.12 | 4,516.13 | 2,174.65 | 1,649.94 | 11,101.38 | - | 158,723.22 | - | - | - | - |
| 9 | 552 | 744 | Dolphin Mall | 139,281.12 | 4,516.13 | 2,174.65 | 1,649.94 | 11,101.38 | - | 158,723.22 | - | - | - | - |
| 10 | 508 | 1241 | Central Plaza | 98,591.52 | 5,231.19 | 588.94 | 925.22 | (1,341.18) | - | 104,411.65 | - | - | - | - |
| 11 | 556 | 1327 | Roosevelt Mall | 108,366.84 | - | - | - | - | - | 108,366.84 | - | - | - | - |