# EXHIBIT 3

06-10152-rdd    Doc 1202-4    Filed 05/15/07    Entered 05/15/07 17:23:39    Exhibit 3
Pg 2 of 2

G+G Retail, Inc. DIP
Landlord Claims and Debtor's Adjustments to Claims

| No. | Store # | Claim # | Center | Debtor's Calculation of Lease Rejection Cap Amt. | Revised Lease Rejection Damage Claim | Revised Pre-Petition Rent Claim | Revised Pre-Petition CAM Claim | Revised Pre-Petition Real Estate Tax Claim | Revised Pre-Petition Claim of Other Charges | Revised Pre-Petition Interest Claim | Total Revised Unsecured Claim | Total Revised Admin Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 517 | 368 | Holyoke Mall | 93,975.01 | - | - | - | - | - | | - | - |
| 2 | 517 | 1300 | Holyoke Mall | 93,975.01 | 30,616.12 | - | - | - | - | | 30,616.12 | - |
| 3 | 79 | 37 | Crossgates Mall | 107,098.80 | - | - | - | - | - | | - | - |
| 4 | 79 | 1299 | Crossgates Mall | 107,098.80 | 35,699.60 | - | - | - | - | | 35,699.60 | - |
| 5 | 503 | 369 | Walden Galleria | - | - | - | - | - | - | | - | - |
| 6 | 503 | 1298 | Walden Galleria | - | - | - | - | - | - | | - | - |
| 7 | 552 | 1313 | Dolphin Mall | 126,079.44 | 42,026.48 | 4,516.13 | 1,604.20 | 1,368.67 | 1,007.95 | | 50,523.43 | - |
| 8 | 552 | 1302 | Dolphin Mall | 126,079.44 | - | - | - | - | - | | - | - |
| 9 | 552 | 744 | Dolphin Mall | 126,079.44 | | | | | | | - | - |
| 10 | 508 | 1241 | Central Plaza | 98,591.52 | 32,863.64 | 5,231.19 | 461.80 | 891.35 | (2,392.91) | | 37,055.07 | - |
| 11 | 556 | 1327 | Roosevelt Mall | 104,260.00 | 32,658.32 | - | - | - | - | | 36,849.75 | - |